# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2534

_____

United States of America

*Plaintiff - Appellee*

v.

Keeyon M. Dunbar

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 7, 2015
Filed: October 14, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

While Keeyon Dunbar was serving a period of supervised release on a federal criminal sentence, he admitted to the district court[1] that he had violated his release

---

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

conditions. The court revoked supervised release and imposed a within-Guidelines-range revocation sentence of 11 months in prison. On appeal, Dunbar contends that the sentence is substantively unreasonable. Upon careful review of the record, we conclude that the court did not abuse its discretion. See United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

———————————————